*Friday, April 23, 1993*

## MISCELLANEOUS DISMISSALS

**93–177.** State ex rel. Allnet Communication Serv., Inc. v. Pub. Util. Comm. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 22, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, April 27, 1993*

## MOTION DOCKET

**91–374.** State v. Rojas. On motion for stay. Stay granted.
DOUGLAS and PFEIFER, JJ., dissent.
On request to appoint independent counsel. Request denied.

**92–1350.** State ex rel. Maurer v. Sheward. *Franklin County,* No. 91AP–1442. On request for oral argument and on motion for stay of request for oral argument. Request for oral argument granted; motion for stay granted.
DOUGLAS, J., would deny the request for oral argument and hold this cause for the decision in the underlying case, *Wilkinson v. Maurer,* Franklin County, No. 92AP–674.

**93–628.** State ex rel. Bednar v. N. Canton. *Stark County,* No. CA–9047. On motion to reconsider granting of stay. Motion granted and stay vacated.
MOYER, C.J., and WRIGHT, J., dissent.

**93–640.** Wright v. Bloom. *Summit County,* No. 15665. On motion for stay or for extension of time. Motion for stay granted.
MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.
PFEIFER, J., would also grant the motion for extension of time.

**93–735.** Wright v. Bloom. *Summit County,* No. 15665. On motion for stay. Motion denied.
F.E. SWEENEY and PFEIFER, JJ., dissent.

## DISCIPLINARY DOCKET

**92–419.** Disciplinary Counsel v. McMahon. Thomas Paul McMahon, Attorney Registration No. 0023244, is immediately suspended from the practice of law until he purges himself of contempt and pays his costs in full.

**92–1340.** Dayton Bar Assn. v. McDonald. Michael J. McDonald, Attorney Registration No. 0022740, is immediately suspended from the practice of law until he purges himself of contempt and pays his costs in full.

**93–572.** In re Burtt. On motion for stay of the Gov.Bar R. V(5)(A)(3) suspension against Douglas A. Burtt, Attorney Registration No. 0006356. Stay granted for thirty days.
PFEIFER, J., would also prohibit Burtt from collecting fees for any work performed by him during the thirty-day period.
MOYER, C.J., DOUGLAS and WRIGHT, JJ., would deny the stay.